FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>FILIBERTO SANTANA,<br><br>               Defendant. | No. 2:23-CR-00133-SAB-1<br><br>**ORDER GRANTING PROTECTIVE ORDER** |

      Before the Court is the parties' Stipulation and Request for Protective Order Regarding Contents of Cellular Device, ECF No. 22. Defendant is represented by Justin Lonergan. The Government is represented by Lisa Cartier Giroux. The motion was considered without oral argument.

      The parties request the Court issue a protective order for the contents of a cellular device obtained during the investigation into the above-captioned case. The Court finds good cause to grant the motion and issue the protective order.

      Accordingly, **IT IS HEREBY ORDERED**:

      1.    The parties' Stipulation and Request for Protective Order Regarding Contents of Cellular Device, ECF No. 22, is **GRANTED**.

      2.    The United States may produce the Cellebrite download of a cellular device belonging to ES to the Defense in an unredacted form.

      3.    The defense team, which includes Defendant and defense attorneys, as

**ORDER GRANTING PROTECTIVE ORDER** *1

well as any staff, investigators, interns, and/or experts working with Defendant and/or defense counsel, **shall not** make a copy of the download, or share, disclose, or disseminate to anyone outside the defense team the contents of the cellular device, including but not limited to personal identifying information of ES or ES's contacts, addresses, email addresses, social media handles, and telephone numbers of ES or ES's contacts, as well as any texts, photographs, and/or videos. This prohibition **will not** apply to under seal court filings and court hearings.

4.     The United States and Defendant shall file, **under seal**, any future pleadings that reference information derived from the Cellebrite download of the cellular device, without further order of the Court.

5.     Defendant is permitted to review the Cellebrite download of the cellular device **in the presence of defense counsel or a defense investigator**.

6.     Defendant **shall not** have or keep in his own possession the Cellebrite download of the cellular device.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 31st day of January 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING PROTECTIVE ORDER *2**